195 So. 905

### Ex parte STATE ex rel. Thos. S. LAWSON, Atty. Gen.

#### 6 Div. 632.

Supreme Court of Alabama.

March 22, 1940.

Thos. S. Lawson, Atty. Gen., and John W. Lapsley and J. Edw. Thornton, Asst. Attys. Gen., for petitioner.

R. G. Redden, of Vernon, for respondent.

PER CURIAM.

Respondent having made default by failing to demur answer or plead, the rule nisi is made absolute, and the peremptory writ is granted as prayed in the petition.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.